373 A.2d 1147

Goslee Appeal.

Submitted November 8, 1976. Richard E. Flannery, and Mansell, McKee & Flannery, for appellant; Paul W. Johnson, Assistant District Attorney, and Donald E. Williams, District Attorney, for appellee.

Order affirmed.

373 A.2d 1147

Gothie et al., Appellants, v. Dale et al.

March 15, 1977. Jerome T. Foerster, with him Richard W. Cleckner, for appellants; Lawrence C. Zeger, with him Zeger & Zeger, for appellees.

Decree affirmed.